Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*OF COUNSEL:*

Christopher N. Sipes
R. Jason Fowler
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
Tel: (202) 662-6000

*Attorneys for Plaintiffs Boehringer Ingelheim
Animal Health USA Inc. and Boehringer
Ingelheim Vetmedica GmbH*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BOEHRINGER INGELHEIM ANIMAL HEALTH USA INC. and BOEHRINGER INGELHEIM VETMEDICA GMBH,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**FELIX PHARMACEUTICALS PVT. LTD. and FELIXVET INC.,**<br><br>**Defendants.** | **Civil Action No.** _____<br><br>**(Filed Electronically)** |

### COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Boehringer Ingelheim Animal Health USA Inc. and Boehringer Ingelheim Vetmedica GmbH (collectively, "Boehringer Ingelheim"), by their undersigned attorneys, bring this action against Defendants Felix Pharmaceuticals Pvt. Ltd. and Felixvet Inc. (collectively, "Felix"), and hereby allege as follows:

**NATURE OF THE ACTION**

1.      This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1, *et seq.*, and in particular under 35 U.S.C. § 271. This action arises from Felix's submission of Abbreviated New Animal Drug Application ("ANADA") No. 200851 ("Felix's ANADA") to the United States Food and Drug Administration ("FDA"). Through Felix's ANADA, Felix seeks approval to market generic versions of Boehringer Ingelheim's VETMEDIN® (pimobendan) 1.25 mg, 2.5 mg, 5 mg, and 10 mg chewable tablets (hereinafter, "Felix's Infringing ANADA Products"), prior to the expiration of United States Patent No. 9,463,199 ("the '199 Patent" or "the Patent-in-Suit").

**THE PARTIES**

2.      Plaintiff Boehringer Ingelheim Animal Health USA Inc. is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 3239 Satellite Boulevard, Duluth, Georgia 30096.

3.      Plaintiff Boehringer Ingelheim Vetmedica GmbH is a corporation organized and existing under the laws of Germany, having a principal place of business at Binger Strasse 173, 55216 Ingelheim am Rhein, Germany.

4.      On information and belief, Felix Pharmaceuticals Pvt. Ltd. is a private limited company organized and existing under the laws of Ireland, having its principal place of business at 25 North Wall Quay, Dublin, D01 H104, Ireland.

5.      On information and belief, Felixvet Inc. is a corporation organized and existing under the laws of Delaware, having a principal place of business at 350 Springfield Avenue, Suite 200, Summit, New Jersey, 07901.

6.     On information and belief, Felix Pharmaceuticals Pvt. Ltd., in collaboration with Felixvet Inc., prepared and submitted Felix's ANADA and continues to seek FDA approval of that application.

7.     On information and belief, Felix intends to commercially manufacture, market, offer for sale, and sell the products described in Felix's ANADA throughout the United States, including in the State of New Jersey, in the event FDA approves Felix's ANADA.

**JURISDICTION AND VENUE**

8.     This civil action for patent infringement arises under the patent laws of the United States, including 35 U.S.C. § 271, and alleges infringement of the Patent-in-Suit.

9.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338, 2201, and 2202.

10.     This Court has personal jurisdiction over Felixvet Inc. at least because Felixvet Inc. has its principal place of business in New Jersey.

11.     This Court has personal jurisdiction over Felix Pharmaceuticals Pvt. Ltd. because the requirements of Federal Rule of Civil Procedure 4(k)(2) are met as (a) Boehringer Ingelheim's claims arise under federal law; (b) Felix Pharmaceuticals Pvt. Ltd. is a foreign defendant not subject to general personal jurisdiction in the courts of any state; and (c) Felix Pharmaceuticals Pvt. Ltd. has sufficient contacts with the United States as a whole, including, but not limited to, preparing and submitting ANADAs, including Felix's ANADA, to FDA and/or manufacturing, importing, offering to sell, and/or selling animal drug products that are distributed throughout the United States, such that this Court's exercise of jurisdiction over Felix Pharmaceuticals Pvt. Ltd. satisfies due process.

12.    On information and belief, Felix Pharmaceuticals Pvt. Ltd. has also engaged in substantial, systematic, and continuous contacts with New Jersey that satisfy due process and confer personal jurisdiction over Felix Pharmaceuticals Pvt. Ltd. in New Jersey.

13.    This Court also has personal jurisdiction over each of the Defendants because, *inter alia*, this action arises from actions of each Defendant directed toward New Jersey and, on information and belief, each Defendant has continuous and systematic contacts with the State of New Jersey, regularly conducts business in the State of New Jersey, either directly or through one or more wholly owned subsidiaries, agents, and/or alter egos, has purposefully availed itself of the privilege of doing business in the State of New Jersey, and intends to sell Felix's Infringing ANADA Products in the State of New Jersey in the event FDA approves Felix's ANADA.

14.    On information and belief, Felix is in the business of, *inter alia*, developing, manufacturing, obtaining regulatory approval, marketing, selling, and/or distributing generic versions of branded animal drug products throughout the United States, including within the State of New Jersey, through its own actions and through the actions of its agents and subsidiaries, from which Felix derives a substantial portion of its revenue.

15.    On information and belief, Felix, through its own actions and through the actions of its agents and subsidiaries, has engaged in the research and development, and the preparation and filing, of Felix's ANADA, continues to seek FDA approval of this ANADA, intends to engage in the commercial manufacture, marketing, offer for sale, sale, and/or importation of Felix's Infringing ANADA Products throughout the United States, including within the State of New Jersey, and stands to benefit from the approval of Felix's ANADA.

16.    On information and belief, following FDA approval of Felix's ANADA, Felix intends to manufacture, market, offer to sell, sell, import, and/or distribute Felix's Infringing

4

ANADA Products throughout the United States and within the State of New Jersey, that will, as explained below, infringe the Patent-in-Suit protecting the VETMEDIN® products. On information and belief, following FDA approval of Felix's ANADA, Felix knows and intends that Felix's Infringing ANADA Products will be marketed, used, distributed, offered for sale, and/or sold in the United States and within the State of New Jersey.

17. Felix has purposefully availed itself of the privilege of doing business in the State of New Jersey by placing goods into the stream of commerce for distribution throughout the United States and within the State of New Jersey, and/or by selling, directly or through its agents, pharmaceutical and/or animal drug products in the State of New Jersey. On information and belief, if Felix's ANADA is approved, Felix's Infringing ANADA Products would, *inter alia*, be manufactured, marketed, distributed, offered for sale, and/or sold in, or imported into, the State of New Jersey, prescribed by veterinarians practicing in New Jersey, dispensed within New Jersey, and/or administered in New Jersey, all of which would have a substantial effect on New Jersey.

18. This Court also has personal jurisdiction over Felix because Felix has committed, or aided, abetted, contributed to, and/or participated in the commission of, acts of patent infringement that will lead to foreseeable harm and injury to Boehringer Ingelheim because Boehringer Ingelheim and/or its affiliates manufacture VETMEDIN® animal drug products for sale and use throughout the United States, including in this Judicial District. On information and belief, Felix filed and/or caused to be filed Felix's ANADA with a Paragraph IV Certification, which was purposefully directed to the State of New Jersey, where Boehringer Ingelheim and/or its affiliates sell VETMEDIN® animal drug products. As a result, the consequences of Felix's actions were, and will be, suffered in the State of New Jersey. Felix knew or should have known that the consequences of its actions were, and will be, suffered in the State of New Jersey. When

Felix sent notice of the Paragraph IV Certification, it was reasonably foreseeable that Felix would be sued within 45 days in this Judicial District. On information and belief, Felix's actions will injure Boehringer Ingelheim by displacing at least some of Boehringer Ingelheim's sales of VETMEDIN® products in this Judicial District, as well as resulting in price erosion and loss of goodwill with the purchasers and distributors of VETMEDIN® products in this Judicial District.

19.     Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1400(b) because each Defendant has a regular and established place of business in New Jersey and committed acts of infringement in New Jersey.

**BOEHRINGER INGELHEIM'S APPROVED VETMEDIN® ANIMAL DRUG PRODUCTS AND PATENT-IN-SUIT**

20.     Boehringer Ingelheim makes and sells VETMEDIN® (pimobendan) 1.25 mg, 2.5 mg, 5 mg, and 10 mg chewable tablets (collectively, "VETMEDIN®"), a product that is indicated for the management of the signs of mild, moderate, or severe (modified NYHA Class IIa, IIIb, or IVc) congestive heart failure in dogs due to atrioventricular valvular insufficiency (AVVI) or dilated cardiomyopathy (DCM) and to delay the onset of congestive heart failure in dogs with Stage B2 preclinical myxomatous mitral valve disease (MMVD). The active ingredient in VETMEDIN® is pimobendan.

21.     Plaintiff Boehringer Ingelheim Animal Health USA Inc. is the holder of New Animal Drug Application ("NADA") No. 141-273 for VETMEDIN® and a licensee of the Patent-in-Suit. FDA approved NADA No. 141-273 for VETMEDIN® on April 30, 2007 and approved a supplement to NADA No. 141-273 on December 19, 2025.

22.     VETMEDIN® and one or more of its approved uses are covered by one or more claims of the Patent-in-Suit.

23. The Patent-in-Suit is listed in FDA's *Approved Animal Drug Products* (an FDA publication commonly known as the "Green Book") in connection with NADA No. 141-273.

24. Plaintiff Boehringer Ingelheim Vetmedica GmbH, as the assignee, owns the entire right, title, and interest in the Patent-in-Suit.

25. Boehringer Ingelheim has the right to enforce the Patent-in-Suit.

26. The '199 Patent is entitled "Use of PDE III Inhibitors for the Reduction of Heart Size in Mammals Suffering from Heart Failure." The '199 Patent was duly and legally issued on October 11, 2016. A true and correct copy of the '199 Patent is attached as Exhibit A.

## Felix's ANADA

27. On information and belief, Felix has submitted or caused to be submitted Felix's ANADA to FDA under 21 U.S.C. § 360b(n) to obtain approval to engage in the commercial manufacture, use, offer for sale, sale, and/or importation into the United States of the pimobendan chewable tablets described therein, as a purported generic version of VETMEDIN®, prior to the expiration of the Patent-in-Suit.

28. On information and belief, Felix's Infringing ANADA Products are chewable tablets that comprise 1.25 mg, 2.5 mg, 5 mg, or 10 mg of pimobendan as the active pharmaceutical ingredient.

29. On information and belief, FDA has not yet approved Felix's ANADA.

30. On information and belief, by letter dated April 27, 2026, Felix notified Boehringer Ingelheim that Felix had submitted Felix's ANADA (the "Notice Letter"). The Notice Letter represented that Felix had submitted Felix's ANADA to FDA with a purported Paragraph IV Certification pursuant to 21 U.S.C. § 360b(n)(1)(H)(iv) (Section 512(n)(1)(H)(iv) of the Federal Food, Drug and Cosmetic Act). On information and belief, Felix submitted Felix's ANADA to FDA to obtain approval to engage in the commercial manufacture, use, offer for sale, sale, and/or

importation into the United States of Felix's Infringing ANADA Products before the expiration of the patents listed in the Green Book for VETMEDIN®. Hence, Felix's purpose in submitting Felix's ANADA is to obtain FDA approval to engage in the commercial manufacture, use, offer for sale, sale, and/or importation into the United States of Felix's Infringing ANADA Products before the expiration of the Patent-in-Suit.

31.    The Notice Letter states that the Paragraph IV Certification in Felix's ANADA alleges that each claim of the Patent-in-Suit is invalid, unenforceable, and/or will not be infringed by the Infringing ANADA Products.

32.    The Notice Letter contains a purported detailed statement of the factual and legal basis for Felix's contention that each claim of the Patent-in-Suit is invalid, unenforceable, and/or will not be infringed by the manufacture, use, offer for sale, sale, and/or importation into the United States of Felix's Infringing ANADA Products.

33.    On information and belief, Felix, through its own actions and through the actions of its agents and subsidiaries, has assisted with and participated in the preparation and submission of Felix's ANADA, has provided material support to the preparation and submission of Felix's ANADA, and intends to support the further prosecution of Felix's ANADA.

34.    On information and belief, if FDA approves Felix's ANADA, Felix will manufacture, use, offer to sell, and/or sell Felix's Infringing ANADA Products within the United States, including within the State of New Jersey, and/or will import Felix's Infringing ANADA Products into the United States, including into the State of New Jersey.

35.    Alternatively, on information and belief, if FDA approves Felix's ANADA, Felix will actively induce or contribute to the manufacture, use, offer to sell, and/or sale of Felix's Infringing ANADA Products within the United States, including within the State of New Jersey,

8

and/or will actively induce or contribute to the importation of Felix's Infringing ANADA Products into the United States, including into the State of New Jersey.

36.    Boehringer Ingelheim brings this action pursuant to 21 U.S.C. § 360b(c)(2)(D)(iii) within forty-five days of receipt of the Notice Letter.

## COUNT 1
## INFRINGEMENT OF THE '199 PATENT

37.    Boehringer Ingelheim incorporates by reference paragraphs 1–36 as if fully set forth herein.

38.    On information and belief, Felix has submitted or caused the submission of Felix's ANADA to FDA and continues to seek FDA approval of Felix's ANADA.

39.    Felix has infringed the '199 Patent under 35 U.S.C. § 271(e)(2)(B) by submitting Felix's ANADA with a Paragraph IV Certification and seeking FDA approval of Felix's ANADA prior to the expiration of the '199 Patent.

40.    The '199 Patent includes claims that recite methods for reducing heart size in a non-human animal suffering from dilated cardiomyopathy, comprising administering pimobendan for a period of at least 10 to 100 days and reducing the relative mean vertebral heart sum (VHS) of the animal by 0.05 to 0.25 vertebrae. The claims further specify that the administration is free from administering pimobendan with a combination of furosemide, enalapril, and digoxin.

41.    On information and belief, Felix's Infringing ANADA Products comprise pimobendan and administration of Felix's Infringing ANADA Products to a non-human animal having dilated cardiomyopathy for a period of at least 10 to 100 days reduces the relative mean vertebral heart sum (VHS) of the animal by 0.05 to 0.25 vertebrae.

42.    Felix's commercial manufacture, use, offer for sale, and/or sale within the United States, and/or importation into the United States of Felix's Infringing ANADA Products would

9

directly infringe, or would actively induce or contribute to infringement of the '199 Patent, either literally or under the doctrine of equivalents. *See* 35 U.S.C. § 271(a), (b), and (c). Accordingly, unless enjoined by this Court, upon FDA approval of Felix's ANADA, Felix will make, use, offer for sale, and/or sell Felix's Infringing ANADA Products within the United States, and/or will import Felix's Infringing ANADA Products into the United States, and will thereby infringe, contribute to the infringement of, or induce the infringement of one or more claims of the '199 Patent.

43.     On information and belief, upon FDA approval of Felix's ANADA, Felix, through its own actions and through the actions of its agents and subsidiaries, will market and distribute Felix's Infringing ANADA Products to resellers, pharmacies, veterinary hospitals and other clinics, veterinarians and other animal healthcare professionals, and end users. On information and belief, Felix will also knowingly and intentionally accompany Felix's Infringing ANADA Products with a product label and product insert that will include instructions for using or administering Felix's Infringing ANADA Products. On information and belief, the product label and product insert accompanying Felix's Infringing ANADA Products will include instructions that are substantially similar to the instructions found in the prescribing information for VETMEDIN®, and which, if followed, will infringe one or more claims of the '199 Patent. Accordingly, Felix will induce veterinarians and other animal healthcare professionals, resellers, pharmacies, and end users to directly infringe one or more claims of the '199 Patent. In addition, on information and belief, Felix will encourage acts of direct infringement with knowledge of the '199 Patent and knowledge that it is encouraging infringement.

44. Felix had actual and constructive notice of the '199 Patent prior to filing Felix's ANADA and was aware that the filing of Felix's ANADA with the request for FDA approval prior to the expiration of the '199 Patent would constitute an act of infringement of the '199 Patent.

45. Boehringer Ingelheim will be irreparably harmed if Felix is not enjoined from infringing, and from actively inducing and contributing to the infringement of, the '199 Patent. Boehringer Ingelheim does not have an adequate remedy at law, and considering the balance of hardships between Boehringer Ingelheim and Felix, a remedy in equity is warranted. Further, the public interest would not be disserved by the entry of a permanent injunction.

**COUNT 2**
**DECLARATORY JUDGMENT OF INFRINGEMENT OF THE '199 PATENT**

46. Boehringer Ingelheim incorporates by reference paragraphs 1–45 as if fully set forth herein.

47. Boehringer Ingelheim's claims also arise under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

48. The '199 Patent includes claims that recite methods for reducing heart size in a non-human animal suffering from dilated cardiomyopathy, comprising administering pimobendan for a period of at least 10 to 100 days and reducing the relative mean vertebral heart sum (VHS) of the animal by 0.05 to 0.25 vertebrae. The claims further specify that the administration is free from administering pimobendan with a combination of furosemide, enalapril, and digoxin.

49. On information and belief, Felix's Infringing ANADA Products comprise pimobendan and administration of Felix's Infringing ANADA Products to a non-human animal having dilated cardiomyopathy for a period of at least 10 to 100 days reduces the relative mean vertebral heart sum (VHS) of the animal by 0.05 to 0.25 vertebrae.

11

50.    On information and belief, if Felix's ANADA is approved, Felix's Infringing ANADA Products will be made, offered for sale, sold, used, and/or otherwise distributed in the United States, including in the State of New Jersey, and/or will be imported into the United States, including the State of New Jersey, by or through Felix and its affiliates. Felix will therefore directly infringe one or more claims of the '199 Patent either literally or under the doctrine of equivalents. *See* 35 U.S.C. § 271(a).

51.    On information and belief, Felix knows that veterinarians, other animal healthcare professionals, and/or end users will use Felix's Infringing ANADA Products in accordance with the labeling sought by Felix's ANADA. On information and belief, the product label and product insert accompanying Felix's Infringing ANADA Products will include instructions that are substantially similar to the instructions found in the prescribing information for VETMEDIN®, and which, if followed, will infringe one or more claims of the '199 Patent. Felix will therefore contribute to, or induce, the infringement of one or more claims of the '199 Patent either literally or under the doctrine of equivalents under one or more of 35 U.S.C. §§ 271(a), (b), (c), and (e).

52.    On information and belief, Felix's infringing activity, including the commercial manufacture, use, offer for sale, sale, and/or importation of Felix's Infringing ANADA Products complained of herein, will begin immediately after FDA approves Felix's ANADA. Any such conduct before the '199 Patent expires will directly infringe, contribute to the infringement of, or induce the infringement of one or more claims of the '199 Patent under one or more of 35 U.S.C. §§ 271(a), (b), (c), and (e).

53.    As a result of the foregoing facts, there is a real, substantial, and continuing justiciable controversy between Boehringer Ingelheim and Felix concerning liability for the

infringement of the '199 Patent for which this Court may grant declaratory relief consistent with Article III of the United States Constitution.

54.     Boehringer Ingelheim will be substantially and irreparably harmed by Felix's infringing activities unless those activities are enjoined by this Court. Boehringer Ingelheim has no adequate remedy at law.

## REQUEST FOR RELIEF

WHEREFORE, Boehringer Ingelheim respectfully requests the following relief:

(a)     The entry of a judgment, in favor of Boehringer Ingelheim and against Felix, that Felix's submission of Felix's ANADA to FDA seeking approval for the commercial manufacture, use, offer for sale, and/or sale in the United States, and/or importation into the United States, of Felix's Infringing ANADA Products before the expiration of the Patent-in-Suit was an act of infringement of one or more claims of the Patent-in-Suit under 35 U.S.C. § 271(e)(2)(B);

(b)     The entry of a declaratory judgment, in favor of Boehringer Ingelheim and against Felix, declaring that Felix's commercial manufacture, use, offer for sale, sale in the United States, and/or importation into the United States, of Felix's Infringing ANADA Products, or inducing or contributing to such conduct, would constitute infringement of one or more claims of the Patent-in-Suit by Felix under one or more of 35 U.S.C. §§ 271(a), (b), and (c);

(c)     The entry of preliminary and/or permanent injunctions enjoining Felix and its officers, directors, agents, servants, employees, parents, subsidiaries, affiliates, other related business entities, and all other persons and entities acting in concert, participation, or in privity with Felix, and its successors or assigns, from commercially manufacturing, using, offering to sell, or selling Felix's Infringing ANADA Products within the United States, or importing Felix's Infringing ANADA Products into the United States, or inducing or contributing to such conduct,

until the expiration date of the Patent-in-Suit, including any extensions or regulatory exclusivities, or any later expiration of exclusivity to which Boehringer Ingelheim is or becomes entitled;

(d)      The entry of a permanent injunction, pursuant to 35 U.S.C. § 271(e)(4)(B), restraining and enjoining Felix and its officers, directors, agents, servants, employees, parents, subsidiaries, affiliates, other related business entities, and all other persons and entities acting in concert, participation, or in privity with Felix, and its successors or assigns, from commercially manufacturing, using, offering to sell, or selling Felix's Infringing ANADA Products within the United States, or importing Felix's Infringing ANADA Products into the United States, or inducing or contributing to such conduct, until the expiration date of the Patent-in-Suit, including any extensions or regulatory exclusivities, or any later expiration of exclusivity to which Boehringer Ingelheim is or becomes entitled;

(e)      The entry of an order, pursuant to 35 U.S.C. § 271(e)(4)(A), that the effective date of any FDA approval of Felix's ANADA shall be a date that is not earlier than the expiration date of the Patent-in-Suit, including any extensions or regulatory exclusivities, or any later expiration of exclusivity to which Boehringer Ingelheim is or becomes entitled;

(f)      A declaration under 28 U.S.C. § 2201 that if Felix, its officers, directors, agents, servants, employees, representatives, attorneys, parents, subsidiaries, affiliates, other related business entities, or other persons or entities acting or attempting to act in concert, participation, or in privity with Felix, or acting on any Felix's behalf, engages in the commercial manufacture, use, offer for sale, or sale in the United States, or importation into the United States, of Felix's Infringing ANADA Products, then it will constitute an act of direct or indirect infringement of the Patent-in-Suit;

(g)     An award of damages or other relief, pursuant to 35 U.S.C. § 271(e)(4)(C), if Felix engages in the commercial manufacture, use, offer for sale, sale, and/or importation of Felix's Infringing ANADA Products, or any product that infringes the Patent-in-Suit, or induces or contributes to such conduct, prior to the expiration of such patent, including any extensions or regulatory exclusivities;

(h)     The entry of judgment declaring that Felix's acts render this case an exceptional case and awarding Boehringer Ingelheim its attorneys' fees pursuant to 35 U.S.C. §§ 271(e)(4) and 285;

(i)     An award to Boehringer Ingelheim of its costs and expenses in this action; and

(j)     Such other and further relief this Court deems just and proper.

Dated: June 10, 2026

OF COUNSEL:

Christopher N. Sipes
R. Jason Fowler
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
Tel: (202) 662-6000

s/ Charles M. Lizza
Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Boehringer Ingelheim Animal Health USA*
*Inc. and Boehringer Ingelheim Vetmedica*
*GmbH*

15

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULES 11.2 & 40.1

Pursuant to Local Civil Rules 11.2 and 40.1, I hereby certify that the matter in controversy involves the same plaintiffs, same drug product, and/or some of the same patents at issue in the matters captioned *Boehringer Ingelheim Animal Health USA Inc. v. Cronus Pharma LLC*, Civil Action No. 22-5756 (RK)(RLS) (complaint filed on Sep. 28, 2022, civil case terminated on July 25, 2023) and *Boehringer Ingelheim Animal Health USA Inc. v. Zydus Pharmaceuticals (USA) Inc.*, Civil Action No. 26-2815 (RK)(RLS) (complaint filed on Mar. 18, 2026).

I further certify that, to the best of my knowledge, the matter in controversy is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding.

Dated: June 10, 2026

*OF COUNSEL:*

Christopher N. Sipes
R. Jason Fowler
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
Tel: (202) 662-6000

s/ Charles M. Lizza
Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Boehringer Ingelheim Animal Health USA*
*Inc. and Boehringer Ingelheim Vetmedica*
*GmbH*

16

# EXHIBIT A

US009463199B2

## (12) United States Patent
### Daemmgen et al.

(10) Patent No.: **US 9,463,199 B2**

(45) Date of Patent: **\*Oct. 11, 2016**

(54) **USE OF PDE III INHIBITORS FOR THE REDUCTION OF HEART SIZE IN MAMMALS SUFFERING FROM HEART FAILURE**

(75) Inventors: **Juergen Daemmgen**, Ochsenhausen (DE); **Olaf Joens**, Ingelheim (DE); **Rainer Kleemann**, Ingelheim (DE)

(73) Assignee: **Boehringer Ingelheim Vetmedica GmbH**, Ingelheim am Rhein (DE)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1496 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/087,465**

(22) Filed: **Mar. 23, 2005**

(65) **Prior Publication Data**

US 2009/0082282 A1     Mar. 26, 2009

(30) **Foreign Application Priority Data**

Mar. 25, 2004     (EP) ..................................... 04007179

(51) **Int. Cl.**

| | |
|---|---|
| *A61K 31/50* | (2006.01) |
| *A61K 31/501* | (2006.01) |
| *A61K 31/44* | (2006.01) |
| *A61K 31/444* | (2006.01) |
| *A61K 31/4166* | (2006.01) |
| *A61P 9/04* | (2006.01) |
| *A61P 9/08* | (2006.01) |
| *A61K 31/7048* | (2006.01) |
| *A61K 31/4412* | (2006.01) |
| *A61K 31/4427* | (2006.01) |
| *A61K 31/341* | (2006.01) |
| *A61K 31/40* | (2006.01) |
| *A61K 45/06* | (2006.01) |

(52) **U.S. Cl.**
CPC ......... *A61K 31/7048* (2013.01); *A61K 31/341* (2013.01); *A61K 31/40* (2013.01); *A61K 31/4166* (2013.01); *A61K 31/44* (2013.01); *A61K 31/444* (2013.01); *A61K 31/4412* (2013.01); *A61K 31/4427* (2013.01); *A61K 31/50* (2013.01); *A61K 31/501* (2013.01); *A61K 45/06* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,574,859 A | 4/1971 | Kosti | |
| 3,822,349 A | 7/1974 | Kosti | |
| 3,832,460 A | 8/1974 | Kosti | |
| 3,839,522 A | 10/1974 | Kosti | |
| 3,950,333 A | 4/1976 | Durant et al. | |
| 4,128,658 A | 12/1978 | Price et al. | |
| 4,256,743 A | 3/1981 | Goldhaber | |
| 4,283,400 A | 8/1981 | von Bittera et al. | |
| 4,283,408 A | 8/1981 | Hirata et al. | |
| 4,293,557 A | 10/1981 | Shibata et al. | |
| 4,361,563 A | 11/1982 | Auster et al. | |
| 4,375,547 A | 3/1983 | Pioch | |
| 4,386,099 A | 5/1983 | Cereda et al. | |
| 4,427,648 A | 1/1984 | Brickl et al. | |
| 4,569,837 A | 2/1986 | Suzuki et al. | |
| 4,585,790 A | 4/1986 | Padfield et al. | |
| 4,654,342 A | 3/1987 | Slater | |
| 4,704,284 A | 11/1987 | Beatty et al. | |
| 4,732,915 A | 3/1988 | Ayer et al. | |
| 4,851,226 A | 7/1989 | Julian et al. | |
| 4,868,182 A | 9/1989 | Dage et al. | |
| 4,906,628 A | 3/1990 | Coates | |
| 4,933,182 A | 6/1990 | Higashi et al. | |
| 4,954,501 A | \* 9/1990 | Herter et al. | ............ 514/252.02 |
| 4,973,469 A | 11/1990 | Mulligan et al. | |
| 5,151,420 A | 9/1992 | Backstrom et al. | |
| 5,569,657 A | 10/1996 | Nore et al. | |
| 8,409,612 B1 | 4/2013 | Criere et al. | |
| 8,980,894 B2 | 3/2015 | Daemmgen et al. | |
| 2003/0162835 A1 | 8/2003 | Staniforth et al. | |
| 2003/0190343 A1 | 10/2003 | Thombre et al. | |
| 2003/0212114 A1 | 11/2003 | Sato | |
| 2004/0157887 A1 | 8/2004 | Whittle et al. | |
| 2005/0095293 A1 | 5/2005 | Brauns et al. | |
| 2005/0203097 A1 | 9/2005 | Folger et al. | |
| 2011/0251208 A1 | 10/2011 | Daemmgen et al. | |
| 2011/0318420 A1 | 12/2011 | Hu et al. | |
| 2012/0148640 A1 | 6/2012 | Folger et al. | |
| 2012/0308662 A1 | 12/2012 | Konishi et al. | |
| 2013/0115301 A1 | 5/2013 | Bele et al. | |
| 2013/0203690 A1 | 8/2013 | Daemmgen et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 950833 A1 | 7/1974 |
| CA | 1336498 C | 8/1995 |

(Continued)

OTHER PUBLICATIONS

Remme, et al, 1994, Hemodynamic, neurohumoral, and myocardial energetic effects of pimobendan, a novel calcium-sensitizing compound, in patients with mild to moderate heart failure. J Cardiovasc Pharmacol. 24(5): 730-739.\*

Fitton & Brogden, 1994, Pimobendan. A review of its pharmacology and therapeutic potential in congestive heart failure. Drugs & Aging. 4(5): 417-441.\*

Fuentes, et al, (2002) A Double-Blind, Randomized, Placebo-Controlled Study of Pimobendan in Dogs with Dilated Cardiomyopathy. J Vet Intern Med;16:255-261.\*

Woolley, et al, 2007, Intern. J. Appl. Res. Vet. Med., vol. 5, No. 1.\*

Haggstrom et al, 1996. Am J Vet Res. 57(11): 1645-1662.\*

Sabbah et al (1994, Circulation. 89: 2852-2859).\*

Kittleson et al, 1987. Journal of Veterinary Medicine. 1: 121-127.\*

(Continued)

*Primary Examiner* — Zachary Howard

(74) *Attorney, Agent, or Firm* — Michael P. Morris; Wendy M. Gombert

(57) **ABSTRACT**

The invention relates to the use of a phosphodiesterase type III (PDE III) inhibitor or $Ca^{2+}$-sensitizing agent or a pharmaceutically acceptable derivative thereof for the preparation of a medication for the reduction of the heart size of a patient suffering from heart failure.

**12 Claims, 4 Drawing Sheets**

US 9,463,199 B2

Page 2

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2014/0155338 | A1 | 6/2014 | Daemmgen et al. |
| 2015/0150820 | A1 | 6/2015 | Laczay |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 1702243 | A | 11/2005 |
| DE | 3728244 | A1 | 3/1989 |
| DE | 4001623 | A1 | 7/1991 |
| EP | 0241179 | A1 | 10/1987 |
| EP | 0256566 | A1 | 2/1988 |
| EP | 0268146 | A1 | 5/1988 |
| EP | 0306846 | A2 | 3/1989 |
| EP | 0349657 | A1 | 1/1990 |
| EP | 1247456 | A2 | 10/2002 |
| EP | 1260215 | A1 | 11/2002 |
| EP | 1579862 | A1 | 9/2005 |
| EP | 1903039 | A1 | 3/2008 |
| EP | 1920785 | A1 | 5/2008 |
| FR | 2350105 | A1 | 12/1977 |
| GB | 1045031 | A | 10/1966 |
| GB | 2228004 | A | 8/1990 |
| JP | H029825 | A | 1/1990 |
| JP | H0489428 | A | 3/1992 |
| JP | H0570612 | A | 3/1993 |
| JP | H11228302 | A | 8/1999 |
| JP | 2005281283 | A | 10/2005 |
| JP | 2008504308 | A | 2/2008 |
| JP | 2011157390 | A | 8/2011 |
| JP | 2012533595 | A | 12/2012 |
| JP | 2013006798 | A | 1/2013 |
| JP | 2013503113 | A | 1/2013 |
| WO | 8502767 | A1 | 7/1985 |
| WO | 8904178 | A1 | 5/1989 |
| WO | 9531963 | A1 | 11/1995 |
| WO | 0069414 | A2 | 11/2000 |
| WO | 0135925 | A1 | 5/2001 |
| WO | 0164190 | A1 | 9/2001 |
| WO | 0197861 | A2 | 12/2001 |
| WO | 0249646 | A1 | 6/2002 |
| WO | 03012030 | A2 | 2/2003 |
| WO | 03074032 | A1 | 9/2003 |
| WO | 03075895 | A1 | 9/2003 |
| WO | 03097067 | A1 | 11/2003 |
| WO | 03099194 | A2 | 12/2003 |
| WO | 04000317 | A1 | 12/2003 |
| WO | 2004016252 | A1 | 2/2004 |
| WO | 2004033444 | A1 | 4/2004 |
| WO | 2004050657 | A2 | 6/2004 |
| WO | 2004058726 | A2 | 7/2004 |
| WO | 2004060353 | A1 | 7/2004 |
| WO | 2005035505 | A2 | 4/2005 |
| WO | WO 2005/092343 | A1 | 10/2005 |
| WO | 2005107756 | A1 | 11/2005 |
| WO | 2006000229 | A2 | 1/2006 |
| WO | 2006060122 | A2 | 6/2006 |
| WO | 2006060127 | A2 | 6/2006 |
| WO | WO 2007/054514 | A2 | 5/2007 |
| WO | 2010060874 | A1 | 6/2010 |
| WO | 2011009818 | A1 | 1/2011 |
| WO | 2015082389 | A1 | 6/2015 |

OTHER PUBLICATIONS

Lombard, 2000. Proceedings of the 17th American College of Veterinary Medicine Forum, p. 107-109.*

Lombard (2000, Proceedings of the 18th American College of Veterinary Medicine Forum, p. 107-109).*

Borgarelli, M., et al; Canine Idiopathic Dilated Cardiomyopathy. Part II Pathophysiology and Therapy, The Veterinary Journal, 2001, 162, 182-195.

Thomas Deneke et al; Medikamentoese Therapie der Herzinsuffizienz,; Herzschr Elektrophys (2004) vol. 15 Suppl. 1 pp. 1/74-1/80.

M.R. O'Grady et al; Does Angiotensin Converting Enzyme Inhibitor Therapy Delay the Onset of Congestive Heart Failure or Sudden Death in Doberman Pinschers with Occult Dilated Cardiomyopathy?; Acvim Abstracts (1997) 138.

Calvert, C.A. Chapman, W.C., and Toal, R.C. Congestive Cardiomyopathy in Doberman Pinscher Dogs. Journal of the American Veterinary Medical Association (1982) 181: 598-602.

Calvert, C.A., Pickus, C.W., Jacobs, G.J., and Brown, J. Signalment, survival, and prognostic factors in Doberman Pinschers with end-stage cardiomyopathy. Journal of Veterinary Internal Medicine 11: 323-326 (1997).

Cohn J N, et al. Cardiac Remodeling—Concepts and Clinical Implications: A Consensus Paper From an International Forum on Cardiac Remodeling J. of the American College of Cardiology, vol. 35, No. 3, 569-582 (2000).

Cowley, A.J. and Skene, A.M. Treatment of Severe Heart Failure: Quantity or Quality of Life? A Trial of Enoximone. British Heart Journal 72: 226-230 (1994).

Ettinger, S.J., Benitz, A.M., Ericsson, G.F., Cifelli, S., Jernigan, A.D., Longhofer, SL, Trimboli, W., and Hanson, P.D. Effects of Enalapril Maleate on Survival of Dogs with Naturally Acquired Heart Failure. The LongTerm Investigation of Veterinary Enalapril (LIVE) Study Group. Journal of the American Veterinary Medical Association 213; 1573-1577 (1998).

Katz, S.D., Kubo, S.H., Jessup, M., Brozena, S., Trona, J.M., Wahl, J., Cohn, J.N., Sonnenblick, E.H., and Lejemtel, T.H., A Multicenter, Randomized, double-Blind, Placebo-Controlled Trial of Pimobendan, a New Cardiotonic and Vasodilator Agent, in Patients with Severe Congestive Heart Failure. American Heart Journal 123: 95-103 (1992).

Kubo, S.H., Gollub, S., Bourge, R., Rahko, P., Cobb, F., Jessup, M., Brozena, S., Brodsky, M., Kirlin, R., and Shanes, J. Beneficial Effects of Pimobendan on Exercise Tolerance and Quality of Life in Patients with Heart Failure. Results of a Multicenter Trial. The Pimobendan Multicenter Research Group. Circulation 85: 942-949 (1992).

Monnet, E., Orton, E.C., Salman, M., and Boon, J. (1995) Idiopathic Dilated Cardiomyopathy in dogs; Survival and Prognostic Indictors. Journal of Veterinary Internal Medicine 9: 12-17.

Kvart C, Haggstrom J, Pedersen HD, et al., Efficacy of Enalapril for Prevention of Congestive Heart Failure in Dogs with Myxomatous Valve Disease and Asymptomatic Mitral Regurgitation. J. Vet Intern Med. Jan.-Feb. 2002; 16 (1); 80-8.

Packer, M., Carver, J.R., Rodeheffer, R.J., et al., and for the Promise Study Research Group Effect of Oral Milrinone on Mortality in Severe Chronic Heart Failure. New England Journal of Medicine (1991) 325: 1468-1475.

Jens Haggstrom et al., New Insights Into Degenerative Mitral Valve Disease in dogs, Vet. Clin. Small Anim. (2004) vol. 34, pp. 1209-1226.

Valerie Chetboul et al., Comparative Adverse Cardiac Effects of Pimobendan and Benazepril Monotherapy in Dogs with Mild Degenerative Mitral Valve disease: A Prospective, Controlled, Blinded, and Randomized Study, Journal of Veterinary Internal Medicine (2007) vol. 21, pp. 742-753.

Intern J Appl Res Vet Med, vol. 5, No. 1, 2007—"Effects of Treatment Type on Vertebral Heart Size in Dogs with Myxomatous Mitral Valve Disease" by Richard Woolley et al.; supplied by the British Library—"The world's knowledge", 6 pages.

McCrohon et al., "Differentiation of Heart Failure Related to Dilated Cardiomyopathy and Coronary Artery Disease Using Gadolinium-Enhanced Cardiovascular Magnetic Resonance", Circulation 2003, 108:54-59: originally published online Jun. 23, 2003, http://circ.ahajournals.org, 7 pages.

Elliott, "Diagnosis and management of dilated cardiomyopathy", Heart 2000; 84:106-112, 7 pages.

G Y H Lip et al., "Coronary Artery Disease and its Risk Factors", BMJ, vol. 320, Jan. 8, 2000, www.bmj.com, 4 pages.

Conlon, P.D., "Nonsteroidal Drugs Used in the Treatment of Inflammation". Veterinary Clinics of North America: Small Animal Practice, vol. 18, No. 6, Nov. 1988, pp. 1115-1131.

## US 9,463,199 B2

Page 3

(56)        **References Cited**

OTHER PUBLICATIONS

Erhardt, L., "An Emerging Role for Calcium Sensitisation in the Treatment of Heart Failure". Expert Opinion on Investigational Drugs, vol. 14, No. 6, 2005, pp. 659-670.

Mamoru et al., "Effects of Long-term, Very-low-dose Pimobendan for Patients with Diastolic Heart Failure". Journal of Cardial Failure, vol. 12, No. 8, Oct. 2006, p. S171.

Ng, TZien M.H., "Levosimendan, a New Calcium-Sensitizing Inotrope for Heart Failure". Pharmacotherapy, vol. 24, No. 10, 2004, pp. 1366-1384.

Remme et al., "Hemodynamic Effects of Intravenous Pimobendan in Patients with Left Ventricular Dysfunction". Journal of Cardiovascular Pharmacology, vol. 15, Supp. 2, 1989, pp. S41-S44.

Rodriguez, Damon B., "Treatment of Feline Hypertrophic Cardiomyopathy*". Compendium, vol. 24, No. 6, Jun. 2002, pp. 470-476.

Van Meel et al., "Pimobendan Increases Survival of Cardiomyopathic Hamsters". Journal of Cardiovascular Pharmacology, vol. 13, 1989, pp. 508-509.

Sisson, David, "Lecture Notes: Cardiology", The District of Columbia Academy of Veterinary Medicine, May 2001, pp. 1-18.

International Search Report for PCT/EP2005/002957 mailed Jun. 30, 2005.

International Search Report for PCT/EP2006/068231 mailed Jun. 25, 2007 (published as WO 2007/054514 A3).

Written Opinion for PCT/EP2005/002957 dated Jun. 28, 2005.

Written Opinion for PCT/EP2006/068231 dated May 14, 2008.

Abstract in English for DE3728244,1989.

Abstract in English for EP0306846, 1989.

Beers, M. H. et al.: "Merck Manual of Diagnosis and Therapy, 17th Edition" 1999, Merck Research Laboratories, Whitehous Station, NJ, USA pp. 1688 to 1692.

Bozzone, Scott, "Solid Oral Dosage Forms Powder Blending" and "Solid Oral Dosage Forms, Blend Uniformity: Principles and Examples". Pfizer, IKEV Meeting, May 31, 2001, pp. 1-66.

Abstract in English for CN1702243A, 2005.

Goineau et al., "Cardiomyopathic Syrian Hamster as a Model of Congestive Heart Failure". Current Protocols in Pharmacology, Supp. 42, Unit 5.50, John Wiley & Sons, Inc., Sep. 2008, 12 pages.

Bastien et al., "Chronic AT receptor blockade and angiotensin-converting enzyme (ACE) inhibition in (CHF 146) cardiomyopathic hamsters: effects on cardiac hypertrophy and survival". Cardiovascular Research, vol. 43, 1999, pp. 77-85.

Côté et al., "Congestive Heart Failure". Feline Cardiology, Ch. 19, Wiley-Blackwell, ISBN 978-0-8138-1242-7, 2011, p. 259.

Fox et al., "Prosepective Double-Blinded, Multicenter Evaluation of Chronic Therapies for Feline Diastolic Heart Failure: Interim Analysis". ACVIM Abstracts, Abstract 78, 2003, pp. 398-399.

Fox, Philip R., "Hypertrophic Cardiomyopathy. Clinical and Pathologic Correlates". Journal of Veterinary Cardiology, vol. 5, No. 2, Nov. 2003, pp. 39-45.

Abstract in English for JP2005281283, 2005.

Endoh, Masao, "New Aspects of the Treatment of Myocardial Failure from a Pharmacological Standpoint". Journal of Clinical and Experimental Medicine, vol. 187, No. 10, 1998, pp. 827-831.

Roland et al., "The Use of Pimobendan in Feline Heart Failure Secondary to Spontaneous Heart Disease". The 18th Annual ECVIM Congress, Abstract, Belgium, Sep. 2008, 1 page.

Fujino et al., "Differential Effects of d- and l-Pimobendan on Cardia Myofilament Calcium Sensitivity". The Journal of Pharmacology and Experimental Therapeutics, vol. 247, No. 2, 1988, pp. 519-523.

"Cardiovascular system". MIMS, IVS Annual, Chapter 5, 2003, p. 104.

"Citric Acid". The Merck Index, An Encyclopedia of Chemicals, Drugs, and Biologicals, 13th Edition, Merck Research Laboratories Division of Merck & Co., Inc., Whitehouse Station, NJ, Index 2350, 2001, pp. 405-406.

"Pharmaceutical Necessities". Remington's Pharmaceutical Sciences, 18th Edition, Mack Publishing Company, Easton, Pennsylvania, Chapter 66, 1990, pp. 1288-1300.

"Pimobendan". The Merck Index, An Encyclopedia of Chemicals, Drugs, and Biologicals, 13th Edition, Merck Research Laboratories Division of Merck & Co., Inc., Whitehouse Station, NJ, Index 7515, 2001, p. 1332.

Ahmed et al., "Pharmaceutical challenges in veterinary product development". Advanced Drug Delivery Reviews, vol. 54, 2002, pp. 871-882.

Asanoi et al., "Disparate Inotropic and Lusitropic Responses to Pimobendan in Conscious Dogs with Tachycardia-Induced Heart Failure". Journal of Cardiovascular Pharmacology, vol. 23, No. 2, 1994, pp. 268-274.

Atkins et al., "Guidelines for the Diagnosis and Treatment of Canine Chronic Valvular Heart Disease". Journal of Veterinary Internal Medicine, vol. 23, No. 6, 2009, pp. 1-9.

Baur et al., "Cardiac remodelling and myocardial contractility in patients with congestive heart failure treated with furosemide and enalapril". Basic Research in Cardiology, vol. 86, Supp. 1, pp. 157-163.

Boehringer Ingelheim Vetmedica GmbH, 1st International Canine Valvular Disease Symposium, Paris, Oct. 30-31, 2004, pp. 1-45.

Boehringer Ingelheim Vetmedica, Inc. "Freedom of Information Summary: Original New Animal Drug Application". NADA 141-273, Vetmedin, Pimobendan Chewable Tablets, Apr. 30, 2007, pp. 1-46.

Buchanan et al. "Vertebral scale system to measure canine heart size in radiographs". Journal of the American Veterinary Medical Association, vol. 206, No. 2, Jan. 1995, pp. 194-199.

Burlage et al., "Other Pharmaceutical Adjuncts"., Physical and Technical Pharmacy, The Blakiston Division: The McGraw-Hill Book Company, Inc., New York, 1963, pp. 653-662.

Dictionary of Veterinary Drugs and Animal Health Products Marketed in France, 12th Edition, 2003, 3 pages.

Gwathmey et al., "Abnormal Intracellular Calcium Handling in Myocardium From Patients With End-Stage Heart Failure". Circulation Research, vol. 61, No. 1, 1987, pp. 70-76.

Hasenfuss et al., "Influence of the calcium-sensitizer UDCG-115 on hemodynamics and myocardial energetics in patients with idiopathic dilated cardiomyopathy. Comparison with nitroprusside". Basic Research Cardiology, vol. 84, No. 1, 1989, pp. 225-233.

Hauf et al., "Acute and Long-Term Hemodynamic Effects of Pimobendan (UD-CG 115 BS) in Comparison with Captopril". Journal of Cardiovascular Pharmacology, vol. 15, Supp. 2, 1989, pp. S49-S56.

Häggstrom et al., "Effect of Pimobendan or Benazepril Hydrochloride on Survival Times in Dogs with Congestive Heart Failure Caused by Naturally Occurring Myxomatous Mitral Valve Disease: The Quest Study". Journal of Veterinary Internal Medicine, vol. 22, 2008, pp. 1124-1135.

Häggstrom et al., "Longitudinal Analysis of Quality of Life, Clinical, Radiographic, Echocardiographic, and Laboratory Variables in Dogs with Myxomatous Mitral Valve Disease Rexceiving Pimobendan or Benazepril: The Quest Study". Journal of Veterinary Internal Medicine, 2013, pp. 1-11.

Iwasaki et al., "Pimobendan Inhibits the Production of Proinflammatory Cytokines and Gene Expression of Inducible Nitric Oxide Synthase in a Murine Model of Viral Myocarditis". Journal of the American College of Cardiology, vol. 33, No. 5, 1999, pp. 1400-1407.

Jain et al., "Effects of Milrinone on Left Ventricular Remodeling After Acute Myocardial Infarction". Circulation, vol. 84, No. 2, Aug. 1991, pp. 798-804.

Kashem et al., "CardioClasp: A New Passive Device to Reshape Cardiac Enlargement". ASAIO Journal, vol. 48, No. 3, 2002, pp. 253-259.

Kato et al., "Clinical Evaluation of Pimobendan (UD-CG115BS) for Chronic Heart Failure—A Multicentre Placebo-Controlled Double Blind Study". Journal of Clinical Therapeutics & Medicines, vol. 8, No. 6, pp. 1311-1351.

Kato, Kazuzo, "Clinical Efficacy and Safety of Pimobendan in Treatment of Heart Failure-Experience in Japan". Cardiology, vol. 88, Supp. 2, 1997, pp. 28-36.

Koob et al., "Acute Effects of Furosemide on Blood Electrolytes and Hemodynamics in Dogs". Angiology, 1978, pp. 463-472.

## US 9,463,199 B2

Page 4

(56)        **References Cited**

OTHER PUBLICATIONS

Lachman et al., "The Theory and Practice of Industrial Pharmacy"., 3rd Edition, Lea & Febiger, Philadelphia, 1986, pp. 58-60.

Lamb et al., "Assessment of the value of the vertebral heart scale in the radiographic diagnosis of cardia disease in dogs". Veterinary Record, vol. 146, 200, pp. 687-690.

Liu et al., "Cardiovascular Pathology: The Role of Cardiovascular Pathology in Practice". Textbook of Canine and Feline Cardiology: Principles and Clinical Practice, Second Edition, Chapter 36, Saunders, 1999, pp. 817-844.

Lombard et al., "Clinical Efficacy of Pimobendan Versus Benazepril for the Treatment of Acquired Atrioventricular Valvular Disease in Dogs". Journal of the American Animal Hospital Association, vol. 42, No. 4, pp. 249-261.

Lord et al., "Radiology: Role of Radiology in Diagnosis and Management of Thoracic Disease". Textbook of Canine and Feline Cardiology: Principles and Clinical Practice, Second Edition, Chapter 7, Saunders, 1999, pp. 111-117.

Luis-Fuentes, Virginia, "The effect of pimobendan in English Cocker Spaniels and Doberman dogs with heart failure and idiopathic dilated cardiomyopathy (DCM)". Ingelheimer Dialog, Boehringer Inglehim Vetmedica GmbH, Jun. 2000, Frankfort/Mainz, pp. 8-11.

Matsumori et al., "Pharmacology letters: Accelerated Communication: Pimobendan inhibits the activation of transcription factor NF-kB A mechanism which explains its inhibition of cytokine production and inducible nitric oxide synthase". Life Sciences, vol. 67, 2000, pp. 2513-2519.

Ohte et al., "The Cardia Effects of Pimobendan (But Not Amrinone) Are Preserved at Rest and During Exercise in Conscious Dogs with Pacing-Induced Heart Failure". The Journal of Pharmacology and Experimental Therapeutics, vol. 282, No. 1, 1997, pp. 23-31.

Pagel et al., "Influence of levosimendan, pimobendan, and milrinone on the regional distribution of cardiac output in anaesthetized dogs". British Journal of Pharmacology, vol. 119, 1996, pp. 609-615.

Permanetter et al., "Acute Effects of Intraveneous UD-CG 115 BS (Pimobendan) on the Cardiovascular System and Left Ventricular Pump Function". Journal of Cardiovascular Pharmacology, vol. 14, Supp. 2, 1989, pp. S36-S40.

Rackley, Charles E., "Diseases of the Heart and Pericardium"., The Merck Manual, Chapter 25, 16th Edition, 1992, pp. 446-459.

Rudnic et al., "Oral Solid Dosage Forms". Remington: The Science and Practice of Pharmacy, 20th Edition, Lippincott Williams & Wilkins, Baltimore, Maryland, Chapter 45, 2000, pp. 858-870.

Saavedra et al., "Reverse Remodeling and Enhanced Adrenergic Reserve From Passive External Support in Experimental Dilated Heart Failure". Journal of the American College of Cariology, vol. 39, No. 12, 2002, pp. 2069-1076.

Sabbah, Hani N., "The Cardiac Support Device and the Myosplint: Treating Heart Failure by Targeting Left Ventricular Size and Shape". The Annals of Thoracic Surgery, vol. 75, 2003, pp. S13-S19.

Shiga et al., "b-Blocker Therapy Combined with Low-Dose Pimobendan in Patients with Idiopathic Dilated Cardiomyopathy and Chronic Obstructive Pulmonary Disease: Report on Two Cases". Cardiovascular Drugs and Therapy, vol. 16, 2002, pp. 259-263.

Sisson et al., "Myocardial Diseases of Dogs". Textbook of Canine and Feline Cardiology: Principles and Clinical Practice, Second Edition, Chapter 27, Saunders, 1999, pp. 581-619.

Summerfield et al., "Efficacy of Pimobendan in the Prevention of Congestive Heart Failure or Sudden Death in Doberman Pinschers with Preclinical Dilated Cardiomyopathy (The Protect Study)". Journal of Veterinary Internal Medicine, vol. 26, 2012, pp. 1337-1349.

Takeda et al., "Normalization of Left Ventricular Parameters Following Combined Pimobendan and Carvedilol Treatment in a Case

of Unclassified Cardiomyopathy with Longstanding Refractory Status". Internal Medicine, vol. 41, No. 12, Dec. 2002, pp. 1147-1152.

Tomanek et al., "Growth of the Coronary Vasculature in Hypertrophy: Mechanisms and Model Dependence". Cellular and Molecular Biology Research, vol. 40, No. 2, 1994, pp. 129-136.

Wikipedia, the Free Encyclopedia, "Milrinone". [Accessed at: http://en.wikipedia.org/wiki/Milrinone on Mar. 10, 2014].

Wikipedia, the Free Encyclopedia, "Pimobendan". [Accessed at: http://en.wikipedia.org/wiki/Pimobenan on Mar. 10, 2014].

Lewis, Alan B., "Clinical Profile and Outcome of Restrictive Cardiomyopathy in Children". American Heart Journal, vol. 123, No. 6, 1992, pp. 1589-1593.

Rinsyo to Kenkyu, "A case of diastolic hypertrophic cardiomyopathy in which sinus bradycardia and associated cardiac failure were improved as a result of cilostazol administration." The Japanese Journal of Clinical and Experimental Medicine, vol. 83, No. 5, May 2006, pp. 125-130.

Loftsson et al., "Pharmaceutical Applications of Cyclodextrins. 1. Drug Solubilization and Stabilization". Journal of Pharmaceutical Sciences, vol. 85, No. 10, Oct. 1996, pp. 1017-1025.

Abstract in English of JPH0570612, 1993.

Abstract in English of JPH11228302, 1999.

Lamb et al., "Assessment of the value of the vertebral heart scale in the radiographic diagnosis of cardia disease in dogs". Veterinary Record, vol. 146, 2000, pp. 687-690.

Lombard et al., "Clinical Efficacy of Pimobendan Versus Benazepril for the Treatment of Acquired Atrioventricular Valvular Disease in Dogs". Journal of the American Animal Hospital Association, vol. 42, No. 4, Jul./Aug. 2006, pp. 249-261.

Baur et al., "Cardiac remodelling and myocardial contractility in patients with congestive heart failure treated with furosemide and enalapril". Basic Research in Cardiology, vol. 86, Supp. 1, 1991, pp. 157-163.

Hasenfuss et al., "Influence of the calcium-sensitizer UDCG-115 on hemodynamics and myocardial energetics in patients with idiopathic dilated cardiomyopathy. Comparison with nitroprusside". Basic Research Cardiology, vol. 84, No. 1, 1989, pp. 225-233.

Kato et al., "Clinical Evaluation of Pimobendan (UD-CG115BS) for Chronic Heart Failure—A Multicentre Placebo-Controlled Double Blind Study". Journal of Clinical Therapeutics & Medicines, vol. 8, No. 6, 1992, pp. 1311-1351.

Vidal et al., "Making sense of antisense". European Journal of Cancer, vol. 41, 2005, pp. 2812-2818.

Pirollo et al., "Targeted Delivery of Small Interfering RNA: Approaching Effective Cancer Therapies". Cancer Research, vol. 68, No. 5, Mar. 2008, pp. 1247-1250.

Phillips et al., "The challenge of gene therapy and DNA delivery". Journal of Pharmacy and Pharmacology, vol. 53, 2001, pp. 1169-1174.

Lombard, Christophe W., "Therapy of Congestive Heart Failure in Dogs with Pimobendan". Proceedings of the 18th Annual Veterinary Medical Forum, American College of Veterinary International Medicine, Seattle, WA, 2000, pp. 107-109.

Ettinger et al., "Therapeutic Considerations in Medicine and Disease". Textbook of Veterinary Internal Medicine, Diseases of the Dog and Cat, Sixth Edition, vol. I, 2004, pp. 530-531.

Pagel et al., "Comparison of the effects of levosimendn, pimobendan, and milrinone on canine left ventricular-arterial coupling and mechanical efficiency". Basic Respiratory Cardiology, vol. 91, 1996, pp. 296-307.

"Rimadyl F 50 mg". Summary of Product Characteristics, Zoetis France, May 15, 2013, pp. 1-4.

"Vetmedin®—1,25 mg appetizing tablets for dogs Veterinary use". Summary of Product Characteristics, SCS Boehringer Ingelheim Comm. V, Mar. 25, 2009, pp. 1-4.

Abstract in English for JPH0489428, 1992.

Ash et al., "Receptor Mediating Some Actions of Histamine". British Journal of Pharmacology and Chemotherapy, vol. 27, No. 2, Aug. 1996, pp. 427-439.

Black et al., "Definition and Antagonism of Histamine H2-receptors". Nature, vol. 236, Apr. 1972, pp. 385-390.

## US 9,463,199 B2

Page 5

(56)              **References Cited**

OTHER PUBLICATIONS

Dews et al., "The Antihistamine Substance 2786 R.P." British Journal of Pharmacology, vol. 1, 1946, pp. 278-286.

Hemati et al., "Fluidized bed coating and granulation: influence of process-related variables and physicochemical properties on the growth kinetics". Powder Technology, vol. 13, 2002, pp. 18-34.

Lantz et al., "Stability of nizatidine in extemporaneous oral liquid preparations". American Journal of Hospital Pharmacy, vol. 47, No. 12, Dec. 1990, pp. 2716-2719.

Loew, Earl R., "Gastric Secretion in Dogs Treated with Histamine Antagonist, Thymoxyethyldiethylamine". Experimental Biology and Medicine, vol. 48, No. 1, Oct. 1941, pp. 65-68.

Nakamoto et al., "The role of ascorbic acid deficiency in human gingivitis—a new hypothesis". Journal of Theoretical Biology, vol. 108, No. 2, May 1984, pp. 163-171.

Pernsteiner et al., "Effect of Topical Application of Phenylephrine Hydrochloride on Hyperplastic Gingivitis". Journal of Periodontology, vol. 48, No. 8, Aug. 1977, pp. 473-477.

Petit et al., "Vetmedin® 1.25 mg, Vetmedin® 5 mg, Chewable tablets, Inodilator (pimobendan) tablet for dogs". Dictionary of Veterinary Drugs and Animal Health Products Marketed in France, 16th Edition, Les Editions du Point Vétérinaire, 2011, pp. 1658-1661.

Thiel et al., "Content uniformity of microdose tablets (dosage 1 µg-10 mg) produced by fluid bed granulation of interactive mixtures". Journal of Pharmacy and Pharmacology, vol. 38, 1986, pp. 335-343.

Trendelenburg, U. "The Action of Histamine and 5-Hydroxytryptamine on Isolated Mammalian Atria". The Journal of Pharmacology and Experimental Therapeutics, vol. 130, No. 4, Dec. 1960, pp. 450-460.

Kitzen et al., "Pimobendan". Cardiovascular Drug Reviews, vol. 6, No. 4, 1989, pp. 265-291.

Stuber et al., "The Pharmaceutical and Biological Availability of Commercial Preparations of Furosemide". Arzneimittel-Forschung, vol. 32, No. 6, 1982, pp. 693-697.

* cited by examiner



**Fig. 1**



**Fig. 2a**



**Fig. 2b**



**Fig. 3**



*** p<0.0001

**Fig. 4**



**Fig. 5**



Fig. 6



Fig. 7

US 9,463,199 B2

**1**

## USE OF PDE III INHIBITORS FOR THE REDUCTION OF HEART SIZE IN MAMMALS SUFFERING FROM HEART FAILURE

### BACKGROUND OF THE INVENTION

1. Technical Field

The invention relates to the use of a phosphodiesterase type III (PDE III) inhibitor or a "$Ca^{2+}$-sensitizing agent" or a pharmaceutically acceptable derivative thereof for the preparation of a medication for the reduction of the heart size of a patient suffering from heart failure.

2. Background Information

Intravenous positive inotropic agents play a vital role in the management of acute heart failure, and will often result in a short-term improvement in dogs with dilated cardiomyopathy (DCM). Many dogs with DCM have a very guarded prognosis (Monnet et al., 1995), with Dobermanns in particular generally experiencing only short survival times (Calvert et al., 1982; Calvert et al., 1997). There have been few studies examining the influence of treatment on survival in dogs with DCM, although a subanalysis of the dogs with DCM in the LIVE study showed an improvement in time to treatment failure in those dogs receiving enalapril compared with placebo (142.8 versus 56.5 days, respectively) (Ettinger et al., 1998). On the whole, oral positive inotropic agents have lost favour in the treatment of chronic heart failure in human patients in recent years, after a number of trials revealed adverse effects on survival despite short-term hemodynamic benefits (Packer et al., 1991; Cowley and Skene, 1994). Recently it has been suggested that calcium sensitising agents may result in positive inotropic effects without producing some of the adverse effects (including calcium overload) associated with more traditional positive inotropes such as dobutamine, aminone and milrinone.

Pimobendan is an inodilator compound with calcium sensitising effects, as well as some phosphodiesterase type III inhibitory effects. Rather than increasing calcium entry into cardiac myocytes, calcium sensitisers achieve their positive inotropic effect by sensitising the contractile proteins to existing cytosolic calcium, by altering the binding of calcium with troponin-C. Producing a positive inotropic effect by calcium sensitising thereby avoids some of the adverse effects of cytosolic calcium overload. Increased cytosolic calcium levels have been associated with an increased tendency for arrhythmias and sudden death. Clinical trials of long-term use of oral pimobendan in human patients with heart failure have demonstrated an improvement in exercise tolerance and quality of life without significantly adverse effects on survival (Kubo et al., 1992; Katz et al., 1992).

It is known that the progress of heart failure is associated with an increase of the size of the heart. In dilated cardiomyopathy (DCM) the ratio of left ventricular wall thickness to chamber diameter is decreased and the circumferences of the annuluses of the mitral and tricuspid valves are increased in proportion to the magnitude of chamber dilation. DCM may either be caused primarily by e.g. genetic abnormalities are secondarily e.g. due to valvular insufficiency both resulting in cardiac volume overload. However, it involves usually cardiac remodeling that may be defined as genome expression, molecular, cellular, and interstitial changes manifested clinically as changes in size, shape, and function of the heart. Cardiac remodelling is generally an adverse sign and linked

**2**

to heart failure progression. Reverse cardiac remodelling is a goal of the treatment of heart failure therapy.

Heart failure therapy has traditionally focussed largely on symptomatic relief rather than on addressing underlying disease problems.

The problem underlying the present invention was to provide a medication, which allows to remodel the size of the heart to reduce the risk of death in patients with coronary diseases. In particular, the problem underlying the present invention was to provide a medication, which facilitates the reduction in size of the heart to reduce the risk of death in patients suffering from heart failure.

### BRIEF DESCRIPTION OF THE INVENTION

It has been found surprisingly that phosphodiesterase type III (PDE III) inhibitors and/or a $Ca^{2+}$-sensitizing agent or a pharmaceutically acceptable derivatives thereof can be used for the preparation of a medication for the reduction of the heart size of a patient suffering from heart failure.

Moreover, the invention relates to a method of reduction of the heart size in a patient suffering from heart failure, which method comprises administering to said patient an effective amount of an PDE III inhibitor or a pharmaceutically acceptable derivative thereof.

Furthermore, the invention relates to an article of manufacture comprising packaging material contained within which is a composition effective to reduce of the heart size of a patient suffering from heart failure and the packaging material comprises a label which indicates that the composition can be used to reduce of the heart size of a patient suffering from heart failure, wherein said composition comprises at least one PDE III inhibitor or a $Ca^{2+}$-sensitizing agent or a pharmaceutically acceptable derivative thereof.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** shows the lateral thoracic radiograph of an English cocker spaniel with dilated cardiomyopathy, showing alveolar pulmonary oedema and cardiac enlargement.

FIGS. **2***a* and **2***b* show the thoracic radiograph of the same dog in FIG. **1**, following four months treatment with furosemide, enalapril, digoxin, and pimobendan.

FIG. **3** shows the Heart Insufficiency Score (ISACHC) in dogs treated with pimobendan (each left black column) or benazepril (each right grey column) on days 0, 7 and 56.

FIG. **4** shows the Overall Clinical Effect in dogs treated with pimobendan (left black column) or benazepril (right grey column) on day 56.

FIG. **5** shows the survival function (56-day period) in dogs treated with pimobendan (upper —O— curve) or benazepril (lower —□— curve).

FIG. **6** shows the survival function in dogs treated with pimobendan (430-day period/upper —O— curve) or benazepril (228-day period/lower —□— curve).

FIG. **7** shows reduction in mean heart size for pimobendan treated dogs (−0.15 v) versus benazepril treated dogs (+0.22 v).

### DETAILED DESCRIPTION OF THE INVENTION

The invention relates to the use of a phosphodiesterase type III (PDE III) inhibitor, preferably a PDE III inhibitor, a $Ca^{2+}$-sensitizing agent, or a PDE III inhibitor which exhibits additionally calcium sensitising effects ($Ca^{2+}$-sensitizing agent), or a pharmaceutically acceptable derivative

US 9,463,199 B2

3

thereof for the preparation of a medication for the reduction of the heart size of a patient suffering from heart failure.

The term "PDE III inhibitor" as used hereinabove and hereinbelow relates to phosphodiesterase (PDE) III inhibitors, which prevent breakdown of cAMP to 5'AMP and thus maintain the effect of cAMP on protein kinase and other secondary messenger activation.

The effects of PDE III inhibitors are as a rule positive inotropy and vasodilatation, which reduces the afterload and patients with heart failure feel better.

The term $Ca^{2+}$-sensitizing agent relates to a compound which increases the $Ca^{2+}$ sensitivity of cardiac contractile proteins, i.e. increase the developed contractile force at a given concentration of $Ca^{2+}$.

Preferred PDE III inhibitors or $Ca^{2+}$-sensitizing agents are cilostazol, pimobendan, milrinone, levosimendan, aminone, enoximone and piroximone TZC-5665 or pharmaceutically acceptable salts, derivatives, metabolites or pro-drugs thereof. Most preferred are pimobendan and levosimendan, or pharmaceutically acceptable salts, derivatives, metabolites or pro-drugs thereof. Even more preferred is pimobendan and levosimendan. Evenmore preferred is pimobendan, pharmaceutically acceptable salts, derivatives, metabolites or pro-drugs thereof.

Pimobendan, which is 4,5-dihydro-6-[2-(4-methoxyphenyl)-1H-benzimidazol-5-yl]-5-methyl-3(2H)-pyridazone, is for example disclosed in U.S. Pat. No. 4,361,563 A. Levosimendan is a pyridazone-dinitrile derivative. In particular, levosimendan is (R)-[[4-(1,4,5,6-Tetrahydro-4-methyl-6-oxo-3-pyridazinyl)phenyl]hydra zono]propanedini trile and has been described earlier for example in GB 2228004, U.S. Pat. No. 5,151,420 and U.S. Pat. No. 5,569,657.

The term "patient" as used hereinabove and hereinbelow relates to an animal or a person suffering from heart failure. The term "patient" embraces mammals such as primates including humans.

In addition to primates, a variety of other mammals can be treated according to the method of the present invention. For instance, mammals, including but not limited to, cows, sheep, goats, horses, dogs, cats, guinea pigs, rats or other bovine, ovine, equine, canine, feline, rodent or murine species can be treated. However, the method can also be practiced in other species, such as avian species.

Preferred are human patients, dogs, cats and horses. Human patients are female or male person who are suffering from heart failure. As a rule such persons are children, young adults, adults or elderly people with an age of between 6 and 80, preferably between 30 and 65 years.

The term "heart failure" as used hereinabove and hereinbelow relates to any contractile disorder or disease of the heart. Clinical manifestations are as a rule the results of changes to the heart's cellular and molecular components and to mediators that drive homeostatic control. Heart failure is as a rule accompanied by an increase of the heart size and deterioration of cardiac functions.

Pre-dominantly, the patients suffer from heart failure, which is a chronic congestive heart failure, a heart failure due to myocardial infarction or myocardial ischemia due to cardiac arrest.

The term "reduction of the heart size" as used hereinabove and hereinbelow relates to a reduction of the size of the heart of the patient, which may be determined according to the radiograph methods suggested by James W. Buchanan et al. (Buchanan 1995) and is expressed in the relative change of the vertebral heart size. Preferably, the relative mean vertebral heart sum (VHS) of said patient is reduced by 0.05 to 0.25 within 10 to 100 days, in particular by about

4

0.15 within about 60 days, of treatment with the PDE III inhibitor and/or $Ca^{2+}$-sensitizing agent.

The term "effective amount" as used herein means an amount sufficient to achieve a reduction of the heart size when said PDE III inhibitor or $Ca^{2+}$-sensitizing agent is administered in a single dosage form.

Preferably, the PDE III inhibitor and/or $Ca^{2+}$-sensitizing agent is administered in combination with a second active therapeutic agent. Such a second active therapeutic agent is preferably selected from the group consisting of calcium channel blockers, ACE inhibitors, diuretics, platelet inhibitors, beta blockers and angiotensin II antagonists, aldosterone antagonists, digitalis glycosides, antiarrhythmic agents or diuretics in particular

wherein the calcium channel blocker inhibitor is selected from the group consisting of diltiazem, verapamil and felodipine or a pharmaceutically acceptable derivative thereof, and/or

wherein the ACE inhibitor is selected from the group consisting of omapatrilat, MDL100240, alacepril, benazepril, captopril, cilazapril, delapril, enalapril, enalaprilat, fosinopril, fosinoprilat, imidapril, lisinopril, perindopril, quinapril, ramipril, ramiprilat, saralasin acetate, temocapril, trandolapril, trandolaprilat, ceranapril, moexipril, quinaprilat and spirapril or a pharmaceutically acceptable derivative thereof; and/or

wherein the beta blocker is selected from the group consisting of bisoprolol, carvediol, metoprolol, propranolol and timolol or a pharmaceutically acceptable derivative thereof, and/or

wherein the angiotensin II antagonist is selected from the group consisting of saralasin acetate, candesartan, cilexetil, valsartan, candesartan, losartan potassium, eprosartan, irbesartan, tasosartan, pomisartan and telmisartan or a pharmaceutically acceptable derivative thereof and/or

wherein the aldosterone antagonist is selected from the group consisting of spironolactone, eplerenone, canrenone, potassium canrenone or a pharmaceutically acceptable derivative thereof, and/or

wherein the antiarrhythmic agents are selected from the group consisting of amiodarone, betrylium, disopyramide, dofetilide, flecamide, ibutilide, mexiletine, tocainide, procainamide, propafenone, quinidine, sotalol or a pharmaceutically acceptable derivative thereof, and/or

wherein the diuretic is selected from the group consisting of furosemide, torasemide, bumetanide, etacrynic acid, azosemide, muzolimine, piretanide, tripamide, bendroflumethazide, chlorothiazide, hydrochlorothiazide, hydroflumethazide, methychlothiazide, polythiazide, trichlormethiazide, chlorthialidone, indapamide, metolazone, quinethazone, etozolin, triamteren, amiloride, or a pharmaceutically acceptable derivative thereof, and/or

wherein the digitalis glycosides is selected from the group consisting of digoxin, digitoxin, g-strophantin, β-methyldigoxin, β-acetyldigoxin or a pharmaceutically acceptable derivative thereof.

Most preferably, the PDE III inhibitor or $Ca^{2+}$-sensitizing agent, in particular pimobendan or levosimendan, even more preferred pimobendan is administered together with one or more medicaments selected from the group consisting of one or more ACE-inhibitors, one or more diuretics and one or more digitalis glycosides.

The compounds of this invention can be administered in such oral dosage forms as tablets, capsules (each of which

US 9,463,199 B2

5

includes sustained release or timed release formulations), pills, powders, granules, elixirs, tinctures, suspensions, syrups, and emulsions. They may also be administered in intravenous (bolus or infusion), intraperitoneal, subcutaneous, or intramuscular form, all using dosage forms well known to those of ordinary skill in the pharmaceutical arts. They can be administered alone, but generally will be administered with a pharmaceutical carrier selected on the basis of the chosen route of administration and standard pharmaceutical practice.

The dosage regimen for the compounds of the present invention will, of course, vary depending upon known factors, such as the pharmacodynamic characteristics of the particular agent and its mode and route of administration; the species, age, sex, health, medical condition, and weight of the recipient; the nature and extent of the symptoms; the kind of concurrent treatment; the frequency of treatment; the route of administration, the renal and hepatic function of the patient, and the effect desired. A physician or veterinarian can determine and prescribe the effective amount of the drug required to prevent, counter, or arrest the progress of the disorder.

By way of general guidance, the daily oral dosage of each active ingredient, preferably of pimobendan or levosimendan, when used for the indicated effects, will range between about 10 μg/kg to 10 mg/kg, preferably from 0.05 mg/kg to 5 mg/kg, in particular from 0.1 mg/kg to 2 mg/kg.

Most preferably from about 0.1 mg/kg to 1.5 mg/kg of pimobendan are administered per day.

The PDE III inhibitors and/or $Ca^{2+}$-sensitizing agents may be administered in a single daily dose, or the total daily dosage may be administered in divided doses of two, three, or four times daily.

The PDE III inhibitors and/or $Ca^{2+}$-sensitizing agents can be administered in intranasal form via topical use of suitable intranasal vehicles, or via transdermal routes, using transdermal skin patches. When administered in the form of a transdermal delivery system, the dosage administration will, of course, be continuous rather than intermittent throughout the dosage regimen.

The PDE III inhibitors and/or $Ca^{2+}$-sensitizing agents are typically administered in admixture with suitable pharmaceutical diluents, excipients, or carriers (collectively referred to herein as pharmaceutical carriers) suitably selected with respect to the intended form of administration, that is, oral tablets, capsules, elixirs, syrups and the like, and consistent with conventional pharmaceutical practices.

For instance, for oral administration in the form of a tablet or capsule, the active drug component can be combined with an oral, non-toxic, pharmaceutically acceptable, inert carrier such as lactose, starch, sucrose, glucose, methyl cellulose, magnesium stearate, dicalcium phosphate, calcium sulfate, mannitol, sorbitol and the like; for oral administration in liquid form, the oral drug components can be combined with any oral, non-toxic, pharmaceutically acceptable inert carrier such as ethanol, glycerol, water, and the like. Moreover, when desired or necessary, suitable binders, lubricants, disintegrating agents, and colouring agents can also be incorporated into the mixture. Suitable binders include starch, gelatine, natural sugars such as glucose or beta-lactose, corn sweeteners, natural and synthetic gums such as acacia, tragacanth, or sodium alginate, carboxymethylcellulose, polyethylene glycol, waxes, and the like. Lubricants used in these dosage forms include sodium oleate, sodium stearate, magnesium stearate, sodium benzoate, sodium acetate, sodium chloride, and the like. Disintegrators

6

include, without limitation, starch, methyl cellulose, agar, bentonite, xanthan gum, and the like.

The PDE III inhibitors and/or $Ca^{2+}$-sensitizing agents can also be administered in the form of liposome delivery systems, such as small unilamellar vesicles, large unilamellar vesicles, and multilamellar vesicles. Liposomes can be formed from a variety of phospholipids, such as cholesterol, stearylamine, or phosphatidylcholines.

The PDE III inhibitors and/or $Ca^{2+}$-sensitizing agents may also be coupled with soluble polymers as targetable drug carriers. Such polymers can include polyvinylpyrrolidone, pyran copolymer, polyhydroxypropylmethacrylamide-phenol, polyhydroxyethylaspart-amidephenol, or polyethyleneoxidepolylysine substituted with palmitoyl residues.

Furthermore, the PDE III inhibitors and/or $Ca^{2+}$-sensitizing agents may be coupled to a class of biodegradable polymers useful in achieving controlled release of a drug, for example, polylactic acid, polyglycolic acid, copolymers of polylactic and polyglycolic acid, polyepsilon caprolactone, polyhydroxy butyric acid, polyorthoesters, polyacetals, polydihydropyrans, polycyanoacylates, and cross linked or amphipathic block copolymers of hydrogels.

Dosage forms (pharmaceutical compositions) suitable for administration may contain from about 1 milligram to about 100 milligrams of active ingredient per dosage unit.

In pharmaceutical compositions, the active ingredient will ordinarily be present in an amount of about 0.5-95% by weight based on the total weight of the composition.

Gelatine capsules may contain the active ingredient and powdered carriers, such as lactose, starch, cellulose derivatives, magnesium stearate, stearic acid, and the like. Similar diluents can be used to make compressed tablets. Both tablets and capsules can be manufactured as sustained release products to provide for continuous release of medication over a period of hours. Compressed tablets can be sugar coated or film coated to mask any unpleasant taste and protect the tablet from the atmosphere, or enteric coated for selective disintegration in the gastrointestinal tract.

Liquid dosage forms for oral administration can contain colouring and flavouring to increase patient acceptance.

In general, water, suitable oil, saline, aqueous dextrose (glucose), and related sugar solutions and glycols such as propylene glycol or polyethylene glycols are suitable carriers for parenteral solutions. Solutions for parenteral administration preferably contain a water soluble salt of the active ingredient, suitable stabilizing agents, and if necessary, buffer substances. Antioxidizing agents such as sodium bisulfite, sodium sulfite, or ascorbic acid, either alone or combined, are suitable stabilizing agents. Also used are citric acid and its salts and sodium EDTA. In addition, parenteral solutions can contain preservatives, such as benzalkonium chloride, methyl- or propyl-paraben, and chlorobutanol.

Suitable pharmaceutical carriers are described in Remington's Pharmaceutical Sciences, Mack Publishing Company, a standard reference text in this field.

Where two or more of the foregoing second therapeutic agents are administered with the PDE III inhibitor and/or $Ca^{2+}$-sensitizing agent, generally the amount of each component in a typical daily dosage and typical dosage form may be reduced relative to the usual dosage of the agent when administered alone, in view of the additive or synergistic effect of the therapeutic agents when administered in combination.

Particularly when provided as a single dosage unit, the potential exists for a chemical interaction between the

US 9,463,199 B2

7

combined active ingredients. For this reason, when the compound of formula I and a second therapeutic agent are combined in a single dosage unit, they are formulated such that the physical contact between the active ingredients is minimized (that is, reduced). For example, one active ingredient may be enteric coated. By enteric coating one of the active ingredients, it is possible not only to minimize the contact between the combined active ingredients, but also, it is possible to control the release of one of these components in the gastrointestinal tract such that one of these components is not released in the stomach but rather is released in the intestines. One of the active ingredients may also be coated with a material which effects a sustained-release throughout the gastrointestinal tract and also serves to minimize physical contact between the combined active ingredients.

Furthermore, the sustained-released component can be additionally enteric coated such that the release of this component occurs only in the intestine. Still another approach would involve the formulation of a combination product in which the one component is coated with a sustained and/or enteric release polymer, and the other component is also coated with a polymer such as a low viscosity grade of hydroxypropyl methylcellulose (HPMC) or other appropriate materials as known in the art, in order to further separate the active components. The polymer coating serves to form an additional barrier to interaction with the other component.

Procedures by way of example for preparing the compositions according to the invention will be described in more detail hereinafter. The Examples which follow serve solely as a detailed illustration without restricting the subject matter of the invention.

### Example 1

A double-blind study has been carried out in order to evaluate the long-term efficacy and tolerance to pimobendan and its effect on long-term survival in cocker spaniels and Dobermanns with DCM.

Materials and Methods:

Cocker spaniels (n=10) and Dobermanns (n=10) presenting to the Cardiopulmonary Service of the R(D)SVS with DCM were recruited for the study with owners' consent. After stabilisation on conventional therapy with digoxin, enalapril, and frusemide, dogs received in addition either pimobendan (Vetmedin®) or placebo using a double-blind study design.

Results:

The mean survival time for cockers on pimobendan was 612 days (range 61-1428) compared to 589 (range 51-1127) for the placebo group. The difference was not statistically significant (Wilcoxon-Mann-Whitney-U test, p>0.05).

The mean survival time for Dobermanns on pimobendan was 280 days (range 42-369) compared to 72 days (range 13-196) for the placebo group. The difference was statistically significantly different (Student's t-test, p<0.05). The drug was well tolerated and no treatment-related adverse effects were noted in either breed.

Conclusion:

Pimobendan significantly improved the survival time of the Dobermanns with DCM compared with placebo, but had no statistically significant effect on survival of the cocker spaniels. The improved survival time for the Dobermanns is an important development in the management of a disease that generally results in rapid death following diagnosis.

8

In both breeds the addition of pimobendan to a standard treatment regimen was associated with a significant improvement of the NYHA-class status of the patient. The benefit of pimobendan therapy was therefore additive to the beneficial effect of furosemide, enalapril and digoxin, and was even seen in the cocker spaniels which had what would be considered a favourable clinical course with conventional therapy, compared with many dogs with DCM (Monnet et al., 1995).

A striking difference in survival times was found in the Doberman pinschers treated with pimobendan. Although this breed is known to have a poor prognosis after development of congestive signs, a significant prolongation of survival time was found for pimobendan-treated animals.

### Example 2

A double-blind randomised positive controlled multi-centre field trial has been carried out in order to evaluate the clinical efficacy of pimobendan treatment at a daily dose of 0.4-0.6 mg/kg in comparison to an angiotensin-converting-enzyme (ACE) inhibitor treatment with benazepril hydrochloride at a daily dose of approximately 0.25-0.5 mg/kg body weight. Both treatments could be combined with furosemide (up to 8 mg/kg per day) or anti-arrhythmic drugs as appropriate. The study was conducted at 11 centres in Europe by experienced veterinary cardiologists under the rules of Good Clinical Practice (GCP). Mandatory minimum duration of treatment was 56 days for each patient. Dogs were examined on Day 0 prior to first treatment and on Day 7 and 56 after initiation of therapy. In order to obtain long-term survival data, the investigator had the option to continue therapy after Day 56. In the optional study period treatment code for the animal was decoded, as it was not allowed to add pimobendan to the benazepril group, in order to maintain an appropriate pimobendan control group. All other licensed concomitant therapies were allowed. For survival analysis, animals that dropped out or changed treatment due to therapy failure were also rated as dead. However, these cases were statistically evaluated as censored data.

Primary parameter for conclusion on efficacy was the clinical severity of heart failure symptoms, classified according to the recommendations of the International Small Animal Cardiac Health Council (ISACHC). Secondary parameters were exercise tolerance, demeanour, findings of the respiratory and circulatory system, overall efficacy rating, as well as, echocardiography data.

Overall 76 dogs, 41 dogs in the pimobendan group and 35 dogs in the benazepril group, were included. All dogs showed clinically overt symptoms of heart failure due to valve insufficiency. Mean duration of symptoms prior to inclusion was 4.05 months in the pimobendan and 2.77 months in the benazepril group. There were no clinically relevant differences between the groups prior to initiation of therapy in any of the parameters investigated.

The primary parameter, ISACHC heart failure classification, was improved in 84% of the pimobendan treated cases but only in 56% of the benazepril cases after the 56 day treatment period. At this time point ISACHC classification Ib (Score=2), i.e. no clinical symptoms, was reported for 76% of the pimobendan but only 48% of the benazepril cases. Differences between the groups regarding the primary parameter, were statistically significant in favour of pimobendan on Day 7 (p=0.0280) and Day 56 (p=0.0201). Consequently, overall efficacy was rated as very good or good in 85% of the pimobendan cases but only in 41% of the

US 9,463,199 B2

9

benazepril cases (p<0.0001). Results in other secondary parameters were in accordance with the clinical results of the heart failure classification.

In the 56-days study period, 2 dogs in the pimobendan group and 7 in the benazepril group died or were euthanized due to cardiac reasons. Survival analysis according to Kaplan-Meier revealed significant differences in favour of pimobendan (p=0.0386). Analysis of long-term survival data confirmed the results of the 56-day period. Median survival time for pimobendan treated dogs was 430 days versus 228 days for dogs that received no pimobendan. Again, survival analysis according to Kaplan-Meier revealed significant differences in favour of pimobendan (p=0.0020).

The radiographs have been made in a left to right lateral view. For the determination of cardiac size a vertebral scale system was used.

In the lateral radiographs, the long axis of the heart (L) was measured with a calliper extending from the ventral aspect of the left main stem bronchus (tracheal bifurcation hilus, carina) to the most distant contour of the left ventricular apex. The calliper was repositioned along the vertebral column beginning at the cranial edge of the 4th thoracic vertebra. The length of the heart was recorded as the number of vertebrae caudal of that point and estimated to the nearest 0.1 of a vertebra. The maximum perpendicular short axis (S) was measured in the same manner beginning at the 4th thoracic vertebra.

The length in vertebrae (v) of the long and short axes were then added to obtain a vertebral heart sum (VHS) which provided a single number representing heart size proportionate to the size of the dog. The normal range of VHS in healthy dogs is 8.5 v to 10.5 v (mean of 9.7 v).

The mean vertebral heart sum measured on radiographs on days 0 and 56 showed improvement for dogs in the pimobendan group. With regards to the changes from baseline, the difference in the mean value indicated a reduction in mean heart size for pimobendan treated dogs. The mean difference between the groups regarding overall clinical efficacy was statistically significant in favour of pimobendan treatment (p<0.0001). See table 1. The mean scores in the control benazepril group showed deterioration with regard to changes from baseline (FIG. **7**). This demonstrates that a reduction of heart size cannot routinely be achieved with standard therapy in dogs with heart failure due to valve insufficiency. The striking difference between standard therapy (ACE-inhibitor+/−diuretics) deterioration of mean heart size by 0.22 v and pimobendan treatment with an improvement of mean size of −0.15 v was unexpected and thus inventive.

TABLE 1

| Vertebral scale system - heart sum. | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Visit | Group | N | Min. | Max. | Median | Mean | SD |
| 1 | 1 | 41 | 9 | 14.5 | 11.60 | 11.83 | 1.31 |
| 3 | 1 | 37 | 9.0 | 14.1 | 11.60 | 11.71 | 1.18 |
| 3-1 | 1 | 37 | −1.9 | 0.8 | 0.00 | −0.15 | 0.57 |

REFERENCES

Buchanan J W, et al. (1995) Vertebral Scale System to measure canine heart size in radiographs *JAVMA*, Vol. 206, No. 2, 194-199

Calvert, C. A., Chapman, W. C., and Toal, R. C. (1982) Congestive cardiomyopathy in Doberman Pinscher dogs. *Journal of the American Veterinary Medical Association* 181: 598-602.

Calvert, C. A., Pickus, C. W., Jacobs, G. J., and Brown, J. (1997) Signalment, survival, and prognostic factors in Doberman Pinschers with end-stage cardiomyopathy. *Journal of Veterinary Internal Medicine* 11: 323-326.

Cohn J N, et al. (2000) Cardiac Remodeling—Concepts and Clinical implications: A Consensus Paper From an International Forum on Cardiac Remodeling *J. of the American College of Cardiology*, Vol. 35, No. 3, 569-582

Cowley, A. J. and Skene, A. M. (1994) Treatment of severe heart failure: quantity or quality of life? A trial of enoximone. *British Heart Journal* 72: 226-230.

Ettinger, S. J., Benitz, A. M., Ericsson, G. F., Cifelli, S., Jernigan, A. D., Longhofer, S L, Trimboli, W., and Hanson, P. D. (1998) Effects of enalapril maleate on survival of dogs with naturally acquired heart failure. The Long-Term Investigation of Veterinary Enalapril (LIVE) Study Group. *Journal of the American Veterinary Medical Association* 213: 1573-1577.

Katz, S. D., Kubo, S. H., Jessup, M., Brozena, S., Troha, J. M., Wahl, J., Cohn, J. N., Sonnenblick, E. H., and LeJemtel, T. H. (1992) A multicenter, randomized, double-blind, placebo-controlled trial of pimobendan, a new cardiotonic and vasodilator agent, in patients with severe congestive heart failure. *American Heart Journal* 123: 95-103.

Kubo, S. H., Gollub, S., Bourge, R., Rahko, P., Cobb, F., Jessup, M., Brozena, S., Brodsky, M., Kirlin, P., and Shanes, J. (1992) Beneficial effects of pimobendan on exercise tolerance and quality of life in patients with heart failure. Results of a multicenter trial. The Pimobendan Multicenter Research Group. *Circulation* 85: 942-949.

Monnet, E., Orton, E. C., Salman, M., and Boon, J. (1995) Idiopathic dilated cardiomyopathy in dogs: survival and prognostic indicators. *Journal of Veterinary Internal Medicine* 9: 12-17.

Packer, M., Carver, J. R., Rodeheffer, R. J., et al, and for the PROMISE Study Research Group (1991) Effect of oral milrinone on mortality in severe chronic heart failure. *New England Journal of Medicine* 325: 1468-1475.

What is claimed is:

**1**. A method for reducing heart size in a non-human animal suffering from dilated cardiomyopathy comprising:

administering to a non-human animal having dilated cardiomyopathy at least one medicament comprising a therapeutically effective amount of a phosphodiesterase type III (PDE III) inhibitor or a $Ca^{2+}$-sensitizing agent for a period of at least 10 days to 100 days; and

reducing the relative mean vertebral heart sum (VHS) of the animal by 0.05 to 0.25 vertebrae in response to said administration of said at least one medicament to the animal;

wherein the PDE III inhibitor or $Ca^{2+}$-sensitizing agent comprises pimobendan, and said administration of at least one medicament is free from administering pimobendan with a combination of furosemide, enalapril and digoxin.

**2**. The method according to claim **1**, wherein the non-human animal is a canine or feline.

**3**. The method according to claim **1**, wherein the non-human animal is a dog.

**4**. The method according to claim **1**, wherein the PDE III inhibitor or $Ca^{2+}$-sensitizing agent is utilized in oral or parenteral form.

US 9,463,199 B2

**11**

5. The method according to claim **1**, wherein the PDE III inhibitor or Ca$^{2+}$-sensitizing agent is administered in a daily dose from 10 μg/kg to 10 mg/kg.

6. The method according to claim **1**, wherein the PDE III inhibitor or Ca$^{2+}$-sensitizing agent is administered together with a medicament selected from the group consisting of a calcium channel blocker, an ACE inhibitor, a diuretic, aspirin, a beta blocker, an angiotensin II antagonist, and combinations thereof, wherein the ACE inhibitor is selected from the group consisting of omapatrilat, MDL100240, alacepril, benazepril, captopril, trandolaprilat, ceranapril, moexipril, quinaprilat and spirapril, and combinations thereof.

7. The method according to claim **6**, wherein the angiotensin II antagonist is selected from the group consisting of saralasin acetate, candesartan cilexetil, valsartan, candesartan, losartan potassium, eprosartan, irbesartan, tasosartan and telmisartan, and combinations thereof.

8. The method according to claim **1**, wherein the PDE III inhibitor or Ca$^{2+}$-sensitizing agent is administered together with one or more medicaments selected from the group consisting of an ACE inhibitor, a diuretic, and a digitalis glycoside, wherein the ACE inhibitor is selected from the group consisting of omapatrilat, MDL100240, alacepril, benazepril, captopril, trandolaprilat, ceranapril, moexipril, quinaprilat and spirapril, and combinations thereof.

9. The method according to claim **1**, wherein the administration for the period of at least 10 days to 100 days is free of administering furosemide.

10. A method for reducing heart size in a non-human animal suffering from dilated cardiomyopathy comprising:

administering to a non-human animal having dilated cardiomyopathy at least one medicament comprising a therapeutically effective amount of a phosphodiesterase

**12**

type III (PDE III) inhibitor or a Ca$^{2+}$-sensitizing agent for a period of at least 10 days to 100 days; and

reducing the relative mean vertebral heart sum (VHS) of the animal by 0.05 to 0.25 vertebrae in response to said administration of said at least one medicament to the animal;

wherein the PDE III inhibitor or Ca$^{2+}$-sensitizing agent is selected from the group consisting of pimobendan, levosimendan, amrinone, enoximone, piroximone, and combinations thereof, and said administration of at least one medicament is free from administering pimobendan with a combination of furosemide, enalapril and digoxin.

11. The method according to claim **10**, wherein the administration for the period of at least 10 days to 100 days is free of administering furosemide.

12. A method for reducing heart size in a non-human animal suffering from dilated cardiomyopathy comprising:

administering to a non-human animal having dilated cardiomyopathy at least one medicament comprising a therapeutically effective amount of a phosphodiesterase type III (PDE III) inhibitor or a Ca$^{2+}$-sensitizing agent for a period of at least 10 days to 100 days, wherein the PDE III inhibitor or Ca$^{2+}$-sensitizing agent comprises pimobendan, and said administration of at least one medicament is free from administering pimobendan with a combination of furosemide, enalapril and digoxin; and

measuring the relative mean vertebral heart sum (VHS) of the animal after said period of administration, wherein the VHS of the animal is reduced by 0.05 to 0.25 vertebrae in response to said administration of said at least one medicament to the animal.

*   *   *   *   *